DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

EBER PEREZ RAMIREZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2238
_____

December 5, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Elizabeth G. Rice, Judge.

Eber Perez Ramirez, pro se.


PER CURIAM.

    Affirmed.


SILBERMAN, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.